CHARLES B. COXHEAD v. HERBERT L. RACKLIFF.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE ROYAL BANK OF CANADA v. GEORGE W. MARTIN and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DAVID HELLER, Doing Business, etc., v. GEORGE GRUNWALD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

L. SONNEBORN SONS, INC., v. BANKERS AND SHIPPERS INSURANCE COMPANY OF NEW YORK. L. SONNEBORN SONS, INC., v. STANDARD INSURANCE COMPANY OF NEW YORK. L. SONNEBORN SONS, INC., v. ÆTNA INSURANCE COMPANY. L. SONNEBORN SONS, INC., v. INSURANCE COMPANY OF NORTH AMERICA. L. SONNEBORN SONS, INC., v. UNITED STATES FIRE INSURANCE COMPANY. L. SONNEBORN SONS, INC., v. AMERICAN EAGLE FIRE INSURANCE COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JOROCO DRESSES, INC., v. ARTHUR KATZ.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BERNARD KNOPP v. DANIEL T. TEAGLE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OUTLET EMBROIDERY CO., INC., v. DERWENT MILLS, LTD.— Motion granted; question certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SAMUEL SELIGSOHN, an Attorney.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARY RYTHER v. HARRY R. BREVOORT.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LENA HORWITZ v. KESSAM REALTIES, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

REGINA MARASCO v. PIETRO ALVINO, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK. by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY Established in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. G. FRANK DOUGHERTY, as Assignee of LEON L. SAMELSON, Appellant.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of J. SELIG MAISEL, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.